**ARTHUR J. ABRAMOWITZ (AA3724)**
**JERROLD N. POSLUSNY, JR. (JP7140)**
**SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.**
308 Harper Drive, Suite 200
Moorestown, NJ  08057
(856) 662-0700
Attorneys for the Debtor

| | |
|---|---|
| In re: : | UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY |
| HAAS ENVIRONMENTAL, INC., : | Case No. 13-27297  (KCF) |
| Debtor. : | Chapter: 11 |
| : | **Hearing Date:  May 26, 2015 at 11:00 a.m.** **Objection Deadline:  May 19, 2015** |

### NOTICE OF DEBTOR'S MOTION FOR ENTRY AN ORDER APPROVING SETTLEMENT WITH LIBERTY BELL BANK

Haas Environmental, Inc., the debtor and debtor-in-possession (the "Debtor"), by and through its undersigned counsel, has filed a motion entry of an order approving settlement with Liberty Bell Bank (the "Motion").

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)**

If you do not want the Court to grant the relief requested by the Debtor, or if you want the Court to consider your views on the Motion, then on or before May 19, 2015, you or your attorney must:

File with the Court an answer explaining your position at: Clerk, U.S. Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, NJ 08608. If you mail your response to the Court for filing, you must mail it early enough so that the Court will receive it on or before the date stated above.

1237375.1

You **must** also mail a copy to:

Jerrold N. Poslusny, Jr., Sherman Silverstein, 308 Harper Drive, Suite 200, Moorestown, NJ 08057.

Attend a hearing scheduled on May 26, 2015 at 11:00 a.m. at the United States Bankruptcy Court, Clarkson S. Fisher U.S. Courthouse, 402 East State Street, Trenton, New Jersey, 08608, Courtroom #2.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion and may enter an order granting that relief.

Dated:  April 27, 2015

SHERMAN, SILVERSTEIN, KOHL, ROSE & PODOLSKY, P.A.

By:      /s/ Jerrold N. Poslusny, Jr.
Arthur J. Abramowitz
Jerrold N. Poslusny, Jr.

Attorneys for the Debtor